UNITED STATES COURT OF INTERNATIONAL TRADE

FORM 3

| | |
|---|---|
| HANGZHOU XLINE MACHINERY AND EQUIPMENT CO., LTD.,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>THE UNITED STATES,<br><br>　　　　　　Defendant. | Court No. 21-00529 |

S U M M O N S

**TO:**　The Attorney General;
　　　General Counsel, United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

　　　　　　　　　　　　　　　　　　**/s/Mario Tuscano**
　　　　　　　　　　　　　　　　　　Clerk of the Court

1. Name and Standing of Plaintiff
   Plaintiff, Hangzhou Xline Machinery & Equipment Co., Ltd., is a exporter during the period of investigation of Certain Metal Lockers and Parts Thereof manufactured in China. Hangzhou Xline participated in the contested investigation by filing an administrative case brief. Plaintiff is therefore an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and 19 C.F.R. § 351.102(b)(2)(i) that actively participated in the contested countervailing duty order. Plaintiff, therefore, has standing to bring this action under 28 U.S.C. § 2631(c).

2. Brief Description of Contested Determination
   Plaintiff contest the countervailing duty order issued by the International Trade Administration of the U.S. Department of Commerce, ("Commerce") in the investigation under the countervailing duty order *Certain Metal Lockers and Parts Thereof from the People's Republic of China* (C-570-134).

3. <u>Date of Order</u>
   Commerce's antidumping and countervailing duty orders were published in the *Federal Register* on August 20, 2021.

4. <u>Date of Publication in the Federal Register of Notice of Contested CVD Order</u>
   Commerce's Countervailing Duty order was published in the *Federal Register* on August 20, 2021 as *Certain Metal Lockers and Parts Thereof from the People's Republic of China*: *Antidumping and Countervailing Duty Orders;* 86 Fed. Reg. 46826 (August 20, 2021).

          /s/<u>Lizbeth R. Levinson</u>
             Lizbeth R. Levinson
             Ronald M. Wisla
             Brittney R. Powell

          FOX ROTHSCHILD LLP
          2020 K Street, N.W.
          Suite 500
          Washington, DC  20006
           Tel:  (202) 461-3100
           Fax:  (202) 461-3102

          *Counsel Hangzhou Xline Machinery & Equipment Co., Ltd.*

Dated:  September 20, 2021

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Washington, DC  20230

Attorney-In-Charage
International Trade Field Office
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
26 Federal Plaza
Room 346
New York, NY  10278