## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| Hangzhou Xline Machinery & Equipment Co., Ltd. | |
| Plaintiffs, | |
| v. | Court No. 21-00529 |
| United States, | |
| Defendant. | |

## **ORDER OF DISMISSAL**

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

    Mario Toscano
    Clerk of the Court

By:    /s/ Stephen Swindell
        Deputy Clerk

Date:  October 28, 2021
        New York, New York